**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **M.D., a minor,** | ) | |
| **by and through her natural mother,** | ) | |
| **CHANITA FULSON** | ) | |
| | ) | **Case No. 2:18-cv-02391-DDC-KGG** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NPC QUALITY BURGERS, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through counsel, hereby stipulate to the dismissal of this action, with

prejudice.  Each party to bear their own costs.


By:    /s/ Randall W. Brown
THORNBERRY BROWN, LLC
Randall W. Brown, KS# 17905
randy@ThornberryBrown.com
Stephen C. Thornberry, KS# 17494
steve@ThornberryBrown.com
4550 Main Street, Suite 205
Kansas City, Missouri 64111
(816) 531-8383 telephone
(816) 531-8385 facsimile
ATTORNEYS FOR PLAINTIFF


Elizabeth E. Tobin, KS #21494
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64108
(816) 471-1301
(816) 471-1303 *(Facsimile)*
elizabeth.tobin@ogletree.com

and

/s/     Yasmin A. Mohammad

Thomas L. Henderson, TN # 11526 – admitted *pro hac vice*

Yasmin A. Mohammad, TN # 29970 - admitted *pro hac vice*

6410 Poplar Avenue, Suite 300

Memphis, TN 38119

(901) 767-6160

(901) 767-7411 (*Facsimile*)

thomas.henderson@ogletree.com

yasmin.mohammad@ogletree.com

ATTORNEYS FOR DEFENDANT